ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS (SBN 210908)
Assistant United States Attorney, Civil Division
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, CA  90012
      Telephone:  (213) 894-0474
      Facsimile:   (213) 894-7819
      Email: Erika.Johnson@usdoj.gov

Attorneys for Individual
Federal Defendant Peggy Carollo

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **SEAN JOHNSON**, an individual;<br><br>      Plaintiff,<br><br>  vs.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION**, an independent federal agency of the United States; **SANDRA K. ROWE, in her individual and official capacity; PEGGY C. CAROLLO, in her individual and official capacity;** and **DOES 1 through 10** inclusive,<br><br>      Defendants. | Case No.: EDCV10-00481 ABC (DTBx)<br><br>**ORDER DISMISSING ACTION [~~PROPOSED~~]**<br><br>Judge: Audrey B. Collins |

1     IT IS HEREBY ORDERED that Individual Federal Defendants Peggy Carollo
2  and Sandra K. Rowe are dismissed from the above-caption action.  Each party shall
3  bear his/her own costs and fees.
4
5  Date: 12/21/2010                    _____*Audrey B. Collins*_____
6                                       UNITED STATES DISTRICT JUDGE
                                        _____

# CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562.

On December 20, 2010, I caused to be served the foregoing documents described below on the following interested parties in this action:

**ORDER DISMISSING ACTION [PROPOSED]**

☒ Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Janis G. Abrams**
  jabrams@fdic.gov
- **Jeffrey E. Thomas**
  jefthomas@fdic.gov
- **Larry L. Goodman**
  lagoodman@fdic.gov
- **Katherine Hikida**
  katherine.hikida@usdoj.gov
- **Erika Johnson-Brooks**
  erika.johnson@usdoj.gov

Executed on December 20, 2010, at Murrieta, California.

☒ (Federal) I declare that I am a member of the Bar of this Court at whose direction the service was made.

                                          s/ Jennifer L. Monk
                                        Email: jmonk@tylermonk.net

**CERTIFICATE OF SERVICE**　　　　　　　　　　　　　　　　**EDCV10-00481 ABC (DTBx)**