Janis G. Abrams, SBN 98331
*jabrams@fdic.gov*
Jeffrey E. Thomas, SBN 108705
*jefthomas@fdic.gov*
**FEDERAL DEPOSIT INSURANCE CORPORATION**
**LEGAL DIVISION**
40 Pacifica, Suite 1000
Irvine, California 92618
Tel & Fax: 949.208.6262

Larry Goodman (admitted *pro hac vice*)
*lagoodman@fdic.gov*
**FEDERAL DEPOSIT INSURANCE CORPORATION**
**LEGAL DIVISION**
3501 North Fairfax Drive
Arlington, Virginia 26222
Tel: 703.563.2385; Fax: 703.563.2477

Attorneys for Federal Deposit Insurance Corporation

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| SEAN JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, etc., et al,<br><br>          Defendants. | Case No. EDCV 10-00481 ABC (DTBx)<br><br>Assigned to the Honorable<br>Audrey B. Collins<br><br>**ORDER APPROVING STIPULATION OF SETTLEMENT AND DISMISSAL** |

The Court, having considered the Stipulation of Settlement and Dismissal ("Stipulation") executed between Plaintiff Sean Johnson ("Plaintiff"), on the one hand, and Defendant Federal Deposit Insurance Corporation ("FDIC") on the other, hereby approves said Stipulation and orders the FDIC dismissed with prejudice.  This Court shall retain jurisdiction for the limited purpose of enforcing this Stipulation, if necessary.

Dated: 12/22/2010

*/s/ Audrey B. Collins*
Audrey B. Collins
United States District Court

1
**ORDER APPROVING STIPULATION OF SETTLEMENT AND DISMISSAL**